UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

JUL 14 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY FAY METTER,<br><br>    Defendant. | 19 CR 410-JFW<br><br>ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violations of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)    (A)      ( )    Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

         (B)      ( X )    Clear and convincing evidence that the defendant has violated any other condition of release; and

(2)    (A)      ( X )    Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

         (B)      ( X )    The defendant is unlikely to abide by any condition or

combination of conditions of release.

(3)  ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

C.

IT IS ORDERED that defendant be detained prior to trial.

DATED: JULY 14, 2020

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE