# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 19-410 JFW-DMG | Date | October 4, 2021 |
| Title | United States v. Metter | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER OF DETENTION

    Ms. Metter appeared in court based on allegations that she violated the terms of pretrial release and the CASA agreement. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.